**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
HOUSTON, TX
LOS ANGELES, CA
SAN DIEGO, CA
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JOHN M. CALLAGY
DIRECT LINE: (212) 808-7718
EMAIL: jcallagy@kelleydrye.com

April 17, 2020

**BY EFILE**
The Honorable Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    C.Q. v. Estate of David Rockefeller, et al.,
               Docket No.  20-cv-02205-VSB

Dear Judge Broderick:

        We represent defendants in the referenced matter. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases Section 4.I, we write to request that Your Honor "so-order" the parties' stipulation and [proposed] order (the "Stipulation") setting forth a briefing schedule on plaintiff's motion to remand. The Stipulation also extends defendants' time to respond to the complaint until forty-five days after a decision on the remand motion. In accordance with the Court's ECF Rules & Instructions, the Stipulation has been electronically filed as ECF Docket No. 9.

        Respectfully,

        John M. Callagy

cc:  Danielle George, counsel for plaintiff  (via ECF)