```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

C.Q.,

                                            Plaintiff,           **ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

-against-

                                                            **20-CV-2205 (VSB)**

DAVID ROCKEFELLER, JR., RICHARD
E. SALOMON and JAMES S. SLIGAR, as
the Executors of the ESTATE OF DAVID
ROCKEFELLER, deceased, and
MARGARET DULANY ROCKEFELLER,

                                            Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 49). A telephone conference will be held on **Wednesday, December 15, 2021 at 10:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: December 7, 2021
       New York, New York

                                                            */s/ Katharine H. Parker*
                                                            KATHARINE H. PARKER
                                                           United States Magistrate Judge