USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
C.Q.,

                                     Plaintiff,

                   -against-
DAVID ROCKEFELLER, JR., RICHARD
E. SALOMON and JAMES S. SLIGAR, as
the Executors of the ESTATE OF DAVID
ROCKEFELLER, deceased, and
MARGARET DULANY ROCKEFELLER,

                                 Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**20-CV-2205 (VSB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is scheduled for **Monday, February 7, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **January 31, 2022 by 5:00 p.m.**

       SO ORDERED.

Dated: December 15, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge