UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
C.Q.,                                                     :
                 Plaintiff,          :
:
        -against-                          :          20-CV-2205 (VSB)
:
DAVID ROCKEFELLER, JR., RICHARD    :          **ORDER**
E. SALOMON and JAMES S. SLIGAR, as :
the Executors of the ESTATE OF DAVID :
ROCKEFELLER, deceased, and         :
MARGARET DULANY ROCKEFELLER,       :
:
                Defendants.         :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Per my instructions at the December 16, 2021 status conference, it is hereby:

       ORDERED that the parties shall submit an amended Case Management Plan and Scheduling Order on or before December 31, 2021.

       SO ORDERED.

Dated:    December 17, 2021
             New York, New York
                                                             VERNON S. BRODERICK
                                                             United States District Judge