USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

C.Q.,

                                        Plaintiff,

               -against-

DAVID ROCKEFELLER, JR., RICHARD
E. SALOMON and JAMES S. SLIGAR, as
the Executors of the ESTATE OF DAVID
ROCKEFELLER, deceased, and
MARGARET DULANY ROCKEFELLER,

                                        Defendants.
----------------------------------------------------------------X

**ORDER CONVERTING
SETTLEMENT CONFERENCE TO
TELEPHONIC**

**20-CV-2205 (VSB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Settlement Conference in this matter scheduled for **Monday, February 7, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding.**

        SO ORDERED.

Dated: February 1, 2022
        New York, New York

_____

KATHARINE H. PARKER
United States Magistrate Judge