UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
C.Q.,

                         Plaintiff,

            -against-

ESTATE OF DAVID ROCKEFELLER, et al.,

                       Defendants.
------------------------------------------------------------X

20-cv-2205 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Pursuant to my instructions at the May 25, 2022 status conference in this matter, it is hereby:

      ORDERED that Plaintiff's unopposed motion to permit the continued use of the pseudonym in the case caption and redactions of Plaintiff's name and identifying personal information in publicly filed documents is GRANTED.

      IT IS FURTHER ORDERED that the parties meet and confer and submit an amended Case Management Plan and Scheduling Order on or before June 1, 2022.

      The Clerk of Court is respectfully directed to close the open motions at Docs. 60 and 64.

SO ORDERED.

Dated: May 25, 2022
      New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge